UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES DANIEL WEBB,

                Petitioner,

-v-

CITIGROUP GLOBAL MARKETS, INC.,

                Respondent.

-------------------------------------------------------------------------

CITIGROUP GLOBAL MARKETS, INC., and
CITIGROUP GLOBAL MARKETS HOLDINGS, INC.,

                Cross-Petitioners,

-v-

JAMES DANIEL WEBB,

                Cross-Respondent.

Case No. 19 Civ. 535 (PAE)

**AMENDED JUDGMENT**

        The petitioner, James Daniel Webb ("Webb"), having moved pursuant to Section 10 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 10, to vacate an arbitration award ("the Award") served on December 18, 2018, against him, and Respondent Citigroup Global Markets, Inc. ("CGMI"), having moved (1) modify the Award to reflect Citigroup Global Market Holdings, Inc. ("CGMHI") as a proper recipient of damages, or alternatively, remand to the arbitrators for clarification on this point; (2) confirm the portion of the Award that denies Webb's counterclaims; and (3) enter judgment pursuant to the FAA, this Court issued an Opinion & Order, dated August 29, 2019 ("the Opinion & Order"). In the Opinion & Order, the Court denied Webb's petition to vacate the Award and granted CGMI's and CGMHI's cross-petition to modify and confirm the Award, and for the reasons stated therein, it is

        ORDERED, ADJUDGED, AND DECREED, that the Court denies Webb's petition to vacate the Award, and grants CGMI's and CGMHI's cross-petition to modify and confirm the Award; and, it is

ORDERED, ADJUDGED, AND DECREED, that the Award, as modified, is confirmed; and, it is

ORDERED, ADJUDGED, AND DECREED, that CGMHI. shall have judgment against Webb, for the sum of $444,444.44 in compensatory damages on Note 1, plus $10,801.87 in pre-award interest (as calculated in the Award by the arbitrators at the rate of 1.07%) through December 18, 2018, with interest thereon at the rate of 1.07% per annum accruing from December 18, 2018 through and including the date this judgment is paid; and, it is further

ORDERED, ADJUDGED, AND DECREED, that CGMHI shall have judgment against Webb, for the sum of $430,719.74 in compensatory damages on Note 2, plus $15,941.67 in pre-award interest (as calculated in the Award by the arbitrators at the rate of 1.63%) through December 18, 2018, plus interest at the rate of 1.63% per annum accruing from the date of December 18, 2018 through and including the date the judgment is paid; and, it is further

ORDERED, ADJUDGED, AND DECREED, that CGMHI shall have judgment against Webb, for the sum of $27,912.23 in compensatory damages, on its cause of action based on the retention agreement, and, it is further;

ORDERED, ADJUDGED, AND DECREED, this case is closed.

Dated: New York, New York
February 13, 2020

_____
Honorable Paul A. Engelmayer
United States District Judge